# KASOWITZ BENSON TORRES LLP

1633 BROADWAY
NEW YORK, NEW YORK 10019
(212) 506-1700
FAX: (212) 506-1800

JEFFREY R. ALEXANDER
DIRECT DIAL: (212) 506-3327
DIRECT FAX: (212) 500-1800
JALEXANDER@KASOWITZ.COM

ATLANTA
HOUSTON
LOS ANGELES
MIAMI
NEWARK
SAN FRANCISCO
SILICON VALLEY
WASHINGTON DC

January 10, 2018

Hon. Louis L. Stanton
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    <u>SEC v. Meli, et al., 17-CV-632-LLS</u>

Dear Judge Stanton:

    We represent Joseph Meli, 127 Holdings, LLC, Advance Entertainment, LLC and Advance Entertainment II, LLC (collectively, the "Meli Defendants"). Attached please find a proposed order for deposit of a wire transfer in the amount of $42,424.24. This proposed order is consistent with this Court's Consent Order dated June 5, 2017 (ECF No. 133), filed with the consent of the Securities and Exchange Commission, and in accordance with Local Civil Rule 67.1.

                        Sincerely,

                        <u>/s/ Jeffrey R. Alexander</u>
                        Jeffrey R. Alexander

cc:  All counsel via ECF