Stanton, y.

RETURN TO FINANCE UNIT INTEREST
BEARING ACCOUNT

**ORIGINAL**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

```
---------------------------------------------------------------   x
SECURITIES AND EXCHANGE COMMISSION,          :
                                             :
                                 Plaintiff,  :
                                             :
-against-                                    :
                                             :
JOSEPH MELI, MATTHEW HARRITON,               :
875 HOLDINGS, LLC, 127 HOLDINGS, LLC,        :
ADVANCE ENTERTAINMENT, LLC, and              :
ADVANCE ENTERTAINMENT II, LLC,               :
                                             :
                                 Defendants, and  :
                                             :
JESSICA INGBER MELI,                         :
127 PARTNERS, LLC, 127 ICONIC HOLDINGS, LLC, :
ANNA MELI, NINETEEN TWO PRODUCTIONS,         :
LLC, MXCU HOLDINGS, LLC, and MASH            :
TRANSACTIONS, LLC,                           :
                                             :
                                 Relief Defendants.  :
---------------------------------------------------------------   x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/11/18

Civil Action No. 17-cv-632-LLS

### ~~[PROPOSED]~~ ORDER

LLS

**IT IS HEREBY ORDERED** that, consistent with this Court's Order dated June 5, 2017

(ECF No. 133) – and with the consent of the Securities and Exchange Commission – the Clerk is

directed to deposit a $42,424.24 wire transfer from Base Magic, LLC in an interest-bearing

account.  Pursuant to Local Civil Rule 67.1, the $42,424.24 wire transfer represents the exact

United States dollar amount of the principal sum to be invested.  As stated in Local Civil Rule

67.1(b), the Clerk is directed to deduct from the income on the $42,424.24 check a fee equal to

ten per cent (10%) of the income earned, but not exceeding the fee authorized by the Judicial

Conference of the United States and set by the Director of the Administrative Office.

Date: **Jan. 11, 2018**

**Louis L. Stanton**
United States District Judge

t.m.