# KASOWITZ BENSON TORRES LLP

<table>
<tr><td>JEFFREY R. ALEXANDER<br>DIRECT DIAL: (212) 506-3327<br>DIRECT FAX: (212) 500-1800<br>JAlexander@kasowitz.com</td><td>1633 BROADWAY<br>NEW YORK, NEW YORK 10019<br>(212) 506-1700<br>FAX: (212) 506-1800</td><td>ATLANTA<br>HOUSTON<br>LOS ANGELES<br>MIAMI<br>NEWARK<br>SAN FRANCISCO<br>SILICON VALLEY<br>WASHINGTON DC</td></tr>
</table>

April 12, 2018

Hon. Louis L. Stanton
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    <u>SEC v. Meli, et al., 17-CV-632-LLS</u>

Dear Judge Stanton:

      We represent Joseph Meli, 127 Holdings, LLC, Advance Entertainment, LLC and Advance Entertainment II, LLC (collectively, the "Meli Defendants"). Attached please find a proposed order for deposit of a wire transfer in the amount of $48,484.85. This proposed order is consistent with this Court's Consent Order dated June 5, 2017 (ECF No. 133), filed with the consent of the Securities and Exchange Commission, and in accordance with Local Civil Rule 67.1.

      Sincerely,

      <u>/s/ Jeffrey R. Alexander</u>
      Jeffrey R. Alexander

cc:  All counsel via ECF