ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

-against-

JOSEPH MELI, MATTHEW HARRITON,
875 HOLDINGS, LLC, 127 HOLDINGS, LLC,
ADVANCE ENTERTAINMENT, LLC, and
ADVANCE ENTERTAINMENT II, LLC,

                Defendants, and

JESSICA INGBER MELI,
127 PARTNERS, LLC, 127 ICONIC HOLDINGS, LLC,
ANNA MELI, NINETEEN TWO PRODUCTIONS,
LLC, MXCU HOLDINGS, LLC, and MASH
TRANSACTIONS, LLC,

                Relief Defendants.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/30/18

Civil Action No. 17-cv-632-LLS

## [PROPOSED] ORDER

**IT IS HEREBY ORDERED** that, consistent with this Court's Order dated June 5, 2017 (ECF No. 133) – and with the consent of the Securities and Exchange Commission – the Clerk is directed to deposit a $36,363.64 wire transfer from Base Magic, LLC in an interest-bearing account. Pursuant to Local Civil Rule 67.1, the $36,363.64 wire transfer represents the exact United States dollar amount of the principal sum to be invested. As stated in Local Civil Rule 67.1(b), the Clerk is directed to deduct from the income on the $36,363.64 check a fee equal to ten per cent (10%) of the income earned, but not exceeding the fee authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office.

Date: July 30, 2018

                                            Louis L. Stanton
                                            United States District Judge