ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

    v.

JOSEPH MELI,
MATTHEW HARRITON,
875 HOLDINGS, LLC,
127 HOLDINGS, LLC,
ADVANCE ENTERTAINMENT, LLC, and
ADVANCE ENTERTAINMENT II, LLC,

        Defendants,

JESSICA INGBER MELI,
127 PARTNERS, LLC,
127 ICONIC HOLDINGS, LLC,
ANNA MELI,
NINETEEN TWO PRODUCTIONS, LLC,
MXCU HOLDINGS, LLC, and
MASH TRANSACTIONS, LLC,

        Relief Defendants.

Civil Action No. 17-cv-632-LLS

USDC SDNY
DOCUMENT
ELECTRONI[CALLY] FILED
DOC #:_____
DATE FILED: 7/31/18

[PROPOSED]
ORDER LIFTING ASSET FREEZE
AS TO DEFENDANT MATTHEW HARRITON

    WHEREAS, on January 30, 2017, the Court granted Plaintiff Securities and Exchange Commission's (the "Commission") Application for an Order to Show Cause, Temporary Restraining Order, and Order Freezing Assets and Granting Other Relief, which, among other things, "restrained . . . any funds and other assets in [the defendants'] possession or held by any person or entity for their benefit, subject to their direct or indirect control, over which [the defendants] exercise actual or apparent authority, or in which they have a beneficial interest, in

1

whatever form such funds and other assets may presently exist and wherever located" (Dkt. 19, p. 5);

WHEREAS, on April 26, 2017, the Court entered a Preliminary Injunction Order, which, among other things, continued the asset freeze by "preliminarily enjoin[ing] and restrain[ing] . . . any funds and other assets in [the defendants'] possession or held by any person or entity for their benefit, subject to their direct or indirect control, over which they exercise actual or apparent authority, or in which they have a beneficial interest, in whatever form such funds and other assets may presently exist and wherever located" (Dkt. 124, p. 4);

WHEREAS, on July 13, 2018, the Court entered a Final Judgment as to Defendant Matthew Harriton ("Harriton") (Dkt. No. 172) (the "Final Judgment");

WHEREAS, Harriton has paid all amounts due within 14 days after entry of the Final Judgment;

NOW THEREFORE, IT IS HEREBY ORDERED, on motion by the Commission, that the asset freeze entered by the Court's Order Freezing Assets entered on January 30, 2017, and extended by the Court's Preliminary Injunction Order entered on April 26, 2017, shall be lifted as to Harriton only.

IT IS FURTHER ORDERED that all funds and other assets not released by this or any other Order shall remain subject in all respects to this Court's Preliminary Injunction Order entered on April 26, 2017.

Dated: July 31, 2018

_____
HON. LOUIS L. STANTON
UNITED STATES DISTRICT JUDGE

2