ORIGINAL

# KASOWITZ BENSON TORRES LLP

1633 BROADWAY
NEW YORK, NEW YORK 10019
(212) 506-1700
FAX (212) 506-1800

DANIEL J. FETTERMAN
DIRECT DIAL (212) 506-1934
DIRECT FAX (212) 506-1800
DFETTERMAN@KASOWITZ.COM

ATLANTA
HOUSTON
LOS ANGELES
MIAMI
NEWARK
SAN FRANCISCO
SILICON VALLEY
WASHINGTON DC

MEMO ENDORSED

## MEMO ENDORSED

August 16, 2018

VIA ECF

Hon. Louis L. Stanton
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 21C
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/16/18

Re: SEC v. Meli, et al., 17-CV-632-LLS

Dear Judge Stanton:

We respectfully submit this letter requesting an adjournment of the pre-trial conference in the above-referenced matter scheduled for tomorrow, August 17, 2018, and the Government does not object to this application as set forth below.

Kasowitz is determining whether it can continue to represent Anna Meli going forward, so judicial efficiency would be best served if the pre-trial conference can be re-scheduled after counsel analyzes the issues that have arisen recently. The Securities and Exchange Commission (the "SEC") does not join in the motion to adjourn and is prepared to appear tomorrow as scheduled. However, the SEC also does not object to rescheduling the conference to any date from August 20-24, August 27, or August 30, 2018.

We respectfully request that the conference be rescheduled for either August 27 or August 30, 2018.

Respectfully submitted,

/s/ Daniel J. Fetterman

Daniel J. Fetterman

*Monday, Aug. 27, '18 at 3 pm.*
*Louis L Stanton*
*8/16/18*

cc: Counsel of Record (via e-filing)