ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/9/18
```

SECURITIES AND EXCHANGE
COMMISSION,

             Plaintiff,

    v.

JOSEPH MELI,
MATTHEW HARRITON,
875 HOLDINGS, LLC,
127 HOLDINGS, LLC,
ADVANCE ENTERTAINMENT, LLC, and
ADVANCE ENTERTAINMENT II, LLC,

             Defendants, and

JESSICA INGBER MELI,
127 PARTNERS, LLC,
127 ICONIC HOLDINGS, LLC,
ANNA MELI,
NINETEEN TWO PRODUCTIONS, LLC,
MXCU HOLDINGS, LLC, and
MASH TRANSACTIONS, LLC,

             Relief Defendants.

Civil Action No. 17-cv-632-LLS

LLS

[~~proposed~~]
**FINAL JUDGMENT AS TO RELIEF DEFENDANT JESSICA INGBER MELI**

    The Securities and Exchange Commission having filed a complaint and amended complaint (together, the "Complaint") and Relief Defendant Jessica Ingber Meli ("Relief Defendant") having entered a general appearance; consented to the Court's jurisdiction over Relief Defendant and the subject matter of this action; consented to entry of this Final Judgment without admitting or denying the allegations of the Complaint (except as to jurisdiction and except as otherwise provided herein in paragraph IV); waived findings of fact and conclusions of

1

law; and waived any right to appeal from this Final Judgment:

## I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Relief Defendant is liable for disgorgement of $3,790,000.56, representing profits gained as a result of the conduct alleged in the Complaint, together with prejudgment interest thereon in the amount of $250,646.98, for a total of $4,040,647.54. Of these amounts, $3,000,000.00 of the $3,790,000.56 in disgorgement and $198,401.27 of the $250,646.98 in prejudgment interest are deemed satisfied by the Preliminary Order of Forfeiture as to Specific Property / Money Judgment entered against Joseph Meli on April 5, 2018 in the related criminal case, *United States v. Joseph Meli*, 1:2017-cr-00127-KMW (S.D.N.Y.) [ECF No. 147]. Relief Defendant shall satisfy her obligation to pay the remaining disgorgement of $790,000.56, together with prejudgment interest thereon in the amount of $52,245.71, for a total of $842,246.27, within 14 days after entry of this Final Judgment and pursuant to the instructions set forth in the next paragraph.

All disgorgement and prejudgment interest paid pursuant to this Final Judgment shall be distributed consistent with the distribution of money collected in connection with the Order of Restitution entered against Joseph Meli on June 21, 2018 in the related criminal case, *United States v. Joseph Meli*, 1:2017-cr-00127-KMW (S.D.N.Y.) [ECF No. 171]. Accordingly, Relief Defendant shall make the payment set forth in the preceding paragraph by certified check made payable to the Clerk of Court, United States District Court for the Southern District of New York, which shall be delivered to:

> Clerk of Court
> United States District Court for the Southern District of New York
> 500 Pearl Street
> New York, New York 10007

and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court; Jessica Ingber Meli as a relief defendant in this action; and specifying that payment is made both pursuant to this Final Judgment and in connection with the Order of Restitution entered against Joseph Meli on June 21, 2018 in the related criminal case, *United States v. Joseph Meli*, 1:2017-cr-00127-KMW (S.D.N.Y.) [ECF No. 171].

Relief Defendant shall simultaneously transmit photocopies of evidence of payment and case identifying information to the Commission's counsel in this action. By making this payment, Relief Defendant relinquishes all legal and equitable right, title, and interest in such funds and no part of the funds shall be returned to Relief Defendant.

The Commission may enforce the Court's judgment for disgorgement and prejudgment interest by moving for civil contempt (and/or through other collection procedures authorized by law) at any time after 14 days following entry of this Final Judgment. Relief Defendant shall pay post judgment interest on any delinquent amounts pursuant to 28 U.S.C. § 1961.

## II.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that within 3 days after being served with a copy of this Final Judgment, **JPMorgan Chase Bank, N.A. ("JPMorgan Chase Bank")** shall transfer the entire balance of the following **JPMorgan Chase Bank** account(s) which were frozen pursuant to an Order of this Court to the Clerk of Court, United States District Court for the Southern District of New York:

| Account Owner | Acct. Ending in: |
|---|---|
| **Jessica Ingber Meli** | *8845 |
| **Jessica Ingber Meli** | *0719 |

**JPMorgan Chase Bank** shall transmit payment by check made payable to the Clerk of Court, United States District Court for the Southern District of New York, which shall be delivered to:

> Clerk of Court
> United States District Court for the Southern District of New York
> 500 Pearl Street
> New York, New York 10007

and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court; and specifying that payment is made both pursuant to this Final Judgment and in connection with the Order of Restitution entered against Joseph Meli in the related criminal case, *United States v. Joseph Meli*, 1:2017-cr-00127-KMW (S.D.N.Y.).

### III.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Consent is incorporated herein with the same force and effect as if fully set forth herein, and that Relief Defendant shall comply with all of the undertakings and agreements set forth therein.

### IV.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that, solely for purposes of exceptions to discharge set forth in Section 523 of the Bankruptcy Code, 11 U.S.C. §523, the allegations in the Complaint are true and admitted by Relief Defendant, and further, any debt for disgorgement, prejudgment interest, or other amounts due by Relief Defendant under this Final Judgment or any other judgment, order, consent order, decree or settlement agreement entered in connection with this proceeding, is a debt for the violation of the federal securities laws or any regulation or order issued under such laws, as set forth in Section 523(a)(19) of the Bankruptcy Code, 11 U.S.C. §523(a)(19).

V.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

VI.

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Final Judgment forthwith and without further notice.

Dated: November 8, 2018

_____
HONORABLE LOUIS L. STANTON
UNITED STATES DISTRICT JUDGE