ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE
COMMISSION,
                Plaintiff,

v.

JOSEPH MELI,
MATTHEW HARRITON,
875 HOLDINGS, LLC,
127 HOLDINGS, LLC,
ADVANCE ENTERTAINMENT, LLC, and
ADVANCE ENTERTAINMENT II, LLC,

                Defendants, and

JESSICA INGBER MELI,
127 PARTNERS, LLC,
127 ICONIC HOLDINGS, LLC,
ANNA MELI,
NINETEEN TWO PRODUCTIONS, LLC,
MXCU HOLDINGS, LLC, and
MASH TRANSACTIONS, LLC,

                Relief Defendants.

Civil Action No. 17-cv-632-LLS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/3/19

## ~~[Proposed]~~ ORDER

**IT IS HEREBY ORDERED** that, consistent with this Court's Order dated June 5, 2017 (ECF No. 133), and with the consent of Plaintiff Securities and Exchange Commission and Defendant Joseph Meli, the Clerk is directed to deposit the $79,696.97 wire transfer from Base Magic, LLC in an interest-bearing account. Pursuant to Local Civil Rule 67.1, the $79,696.97 wire transfer represents the exact United States dollar amount of the principal sum to be invested. As stated in Local Civil Rule 67.1(b), the Clerk is directed to deduct from the income on the $79,696.97 investment a fee equal to ten per cent (10%) of the income earned, but not exceeding

the fee authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office.

Date: **April 3, 2019**

                                                   *Louis L. Stanton*
                                           HONORABLE LOUIS L. STANTON
                                           UNITED STATES DISTRICT JUDGE