# A B S T R A C T   O F   J U D G M E N T

## N O T I C E

| Names and Addresses of Parties against whom Judgments have been obtained | Names of Parties in whose favor judgments have been obtained |
|---|---|
| Jessica Ingber Meli<br>95 Horatio Street, Apt. 614<br>New York, NY 10014 | UNITED STATES SECURITIES AND EXCHANGE COMMISSION |

| Amount of Judgment | Names of Creditors' Attorneys | Docketed |
|---|---|---|
| $842,246.27<br><br>Disgorgement<br><br>Plus Post Judgment Interest | U.S. Securities and Exchange Commission<br>Carol E. Schultze<br>Assistant Chief Litigation Counsel<br>Division of Enforcement<br>Office of Collections<br>100 F. Street, N.E., MS. 5628<br>Washington, DC  20549-4010 | Judgment Entry Date:<br>11/09/2018<br><br>Case No: 1:17-cv-00632-LLS<br><br>Document No. 189 |

**UNITED STATES OF AMERICA, CLERK'S OFFICE U.S. DISTRICT COURT FOR THE**

**SOUTHERN            DISTRICT OF      NEW YORK**

I CERTIFY that the foregoing is a correct Abstract of the Judgment entered or registered by this Court.

**Dated. [City] _____, 20_____**

**By_____, Clerk**